# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OFFICER JARED NEYLAND

VERSUS

NATIONAL TRUST INSURANCE
COMPANY, STEPHEN CORTS, AND
ARCHITECTURAL GLASS & METAL,
INC.

NO. 2020 CW 1031

OCTOBER 29, 2020

---

In Re:     Stephen Corts, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 677794.

---

BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.

     WRIT DENIED.

                              JMG
                              PMc
                              WIL


COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
          FOR THE COURT